IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01113-REB-BNB

FARHAN JAMA, d/b/a Havana Halal Market, Inc., a Colorado sole proprietorship, d/b/a as Havana Halal Market, Inc.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, acting through the Department of Agriculture,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss Pursuant To Fed.R.Civ.P. 41(a)(1)(I)** [#23] filed September 23, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion To Dismiss Pursuant To Fed.R.Civ.P. 41(a)(1)(I)** [#23] filed September 23, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for May 20, 2011, is **VACATED**;

3. That the trial to the court set to commence May 23, 2011, is **VACATED**; and

4. That this action is **DISMISSED**.

Dated September 23, 2010, at Denver, Colorado.

                    BY THE COURT:

                    /s/ Robert E. Blackburn
                    Robert E. Blackburn
                    United States District Judge